UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN HOYES, | No. 2:25-cv-03194-DAD-SCR |
| Plaintiff, | |
| v. | ORDER GRANTING JOINT STIPULATION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF ILLINOIS |
| NEWELLBRANDS, INC., | |
| Defendant. | (Doc. No. 10) |

On January 8, 2026, the parties filed a joint stipulation requesting that this action be transferred to the United States District for the Northern District of Illinois because "there are multiple actions pending relating to the same alleged defect described in the Complaint," "related action *Kimberly Clarke Jones v. Sunbeam Products, Inc.*, Case [No.] 1:25-cv-13314 (N.D. Ill.) is currently pending," in the Northern District of Illinois, and "Defendant anticipates that the relevant parties will seek to consolidate the pending actions against Defendant in a single docket before the Honorable Sharon Johnson Coleman, who is currently presiding over" *Kimberly Clarke Jones*, Case No. 1:25-cv-13314. (Doc. No. 10 at 2–3.)

"For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." 28 U.S.C. 1404(a). Here, the

1

parties' stipulation reflects that all parties have consented to transferring this case to the Northern District of Illinois.  Thus, pursuant to the parties' stipulated request to transfer this action, and for the sake of judicial economy and efficiency, and in the interest of justice, the court will transfer this action to the United States District Court for the Northern District of Illinois.

Accordingly,

1. The parties' stipulated request to transfer this action to the United States District Court for the Northern District of Illinois (Doc. No. 10) is GRANTED;

2. The court hereby TRANSFERS this action to the United States District Court for the Northern District of Illinois;

3. The court further orders the Clerk of the Court for the Eastern District of California in Sacramento, to forward all filings in this action to the United States District Court for the Northern District of Illinois;

4. The court hereby VACATES all dates and deadlines in this case; and

5. The Clerk of the Court for the Eastern District of California is directed to close this case upon completion of the transfer.

IT IS SO ORDERED.

Dated:   **March 2, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2